# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: SBN FOG CAP II, LLC  §  Case No. 16-13815-TBM
 §
 §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. Stephen Peters, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $707,261.03                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,608,437.45       Claims Discharged
                                                     Without Payment: N/A

Total Expenses of Administration: $293,622.50

3) Total gross receipts of $ 2,902,059.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,902,059.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $61,600,291.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 176,119.24 | 176,084.24 | 176,084.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 117,538.26 | 117,538.26 | 117,538.26 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 85,501.75 | 3,720.25 | 3,720.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,170.65 | 108,762,162.67 | 3,357,366.82 | 2,604,717.20 |
| **TOTAL DISBURSEMENTS** | $2,170.65 | $170,741,612.92 | $3,654,709.57 | $2,902,059.95 |

4) This case was originally filed under Chapter 7 on April 20, 2016. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2018          By: /s/M. Stephen Peters, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS FROM CT APPROVED SALE OF LEASES | 1129-000 | 2,901,706.90 |
| REFUND OF LEASE SEC DEP | 1229-000 | 353.05 |
| **TOTAL GROSS RECEIPTS** | | **$2,902,059.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -2 | Stratford Holding LLC | 4110-000 | N/A | 20,147,643.00 | 0.00 | 0.00 |
| 4 -3 | Stratford Holding LLC | 4110-000 | N/A | 28,740.00 | 0.00 | 0.00 |
| 4 -4 | Stratford Holding LLC | 4110-000 | N/A | 328,015.00 | 0.00 | 0.00 |
| 4 -5 | Stratford Holding LLC | 4110-000 | N/A | 20,369,569.00 | 0.00 | 0.00 |
| 6 -2 | Stratford Holding LLC | 4110-000 | N/A | 20,726,324.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$61,600,291.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - M. Stephen Peters, Trustee | 2100-000 | N/A | 110,311.80 | 110,311.80 | 110,311.80 |
| Trustee Expenses - M. Stephen Peters, Trustee | 2200-000 | N/A | 979.45 | 979.45 | 979.45 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 837.77 | 837.77 | 837.77 |
| Other - CALIFORNIA FRANCHISE TAX BOARD | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - ARIZONA CORPORATIONS COMMISSION | 2990-000 | N/A | 35.00 | 0.00 | 0.00 |
| Other - WADSWORTH, WARNER, CONRARDY, PC | 3220-000 | N/A | 606.95 | 606.95 | 606.95 |
| Other - WADSWORTH, WARNER, CONRARDY, PC | 3210-000 | N/A | 33,393.50 | 33,393.50 | 33,393.50 |
| Other - OKLAHOMA SEC OF STATE | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,780.82 | 2,780.82 | 2,780.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,164.38 | 3,164.38 | 3,164.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,780.82 | 2,780.82 | 2,780.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,068.49 | 3,068.49 | 3,068.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,780.82 | 2,780.82 | 2,780.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,164.38 | 3,164.38 | 3,164.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,684.93 | 2,684.93 | 2,684.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$176,119.24** | **$176,084.24** | **$176,084.24** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 6990-000 | N/A | 6,825.00 | 6,825.00 | 6,825.00 |
| ROSEFF LLC & ESBROOKE LLC | 6920-000 | N/A | 3,290.51 | 3,290.51 | 3,290.51 |
| ROSEFF TRUST AND ESBROOKE TRUST | 6920-000 | N/A | 3,347.00 | 3,347.00 | 3,347.00 |
| GRANICKIN LLC | 6920-000 | N/A | 6,315.29 | 6,315.29 | 6,315.29 |
| LEXKIN LLC | 6920-000 | N/A | 2,650.88 | 2,650.88 | 2,650.88 |
| MARKUS WILLIAMS YOUNG & ZIMMERMAN, LLC | 6210-000 | N/A | 92,171.50 | 92,171.50 | 92,171.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| MARKUS WILLIAMS YOUNG & ZIMMERMAN | 6220-000 | N/A | 2,938.08 | 2,938.08 | 2,938.08 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $117,538.26 | $117,538.26 | $117,538.26 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IRS | 5800-000 | N/A | 63,662.24 | 0.00 | 0.00 |
| 2 -2 | IRS | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 14P | Franchise Tax Board | 5800-000 | N/A | 2,501.02 | 0.00 | 0.00 |
| 14P-2 | Franchise Tax Board | 5800-000 | N/A | 1.02 | 1.02 | 1.02 |
| 17 | Ventura County Tax Collector | 5800-000 | N/A | 15,618.24 | 0.00 | 0.00 |
| 17 -2 | Ventura County Tax Collector | 5800-000 | N/A | 3,719.23 | 3,719.23 | 3,719.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $85,501.75 | $3,720.25 | $3,720.25 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Foot Locker Retail, Inc. | 7100-000 | N/A | 7,000,000.00 | 0.00 | 0.00 |
| 1 -2 | Foot Locker Retail, Inc. | 7100-000 | N/A | 21,089,249.35 | 0.00 | 0.00 |
| 1 -3 | Foot Locker Retail, Inc. | 7100-000 | N/A | 21,089,249.35 | 0.00 | 0.00 |
| 1 -4 | Foot Locker Retail, Inc. | 7100-000 | N/A | 21,089,249.35 | 0.00 | 0.00 |
| 1 -5 | Foot Locker Retail, Inc. | 7100-000 | N/A | 21,668,943.35 | 0.00 | 0.00 |
| 3 | SBN Edge, LLC | 7100-000 | N/A | 27,303.32 | 0.00 | 0.00 |
| 4 | Stratford Holding LLC | 7100-000 | N/A | 11,615,338.00 | 0.00 | 0.00 |
| 5 | BINK'M Company, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | SBN FCCG LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Summit Investment Management LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | LEXKIN, LLC | 7100-000 | N/A | 155,325.63 | 0.00 | 0.00 |
| 12 | Elaine K. Hall Revocable Trust | 7100-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 12 -2 | Elaine K. Hall Revocable Trust | 7100-000 | N/A | 1,200,000.00 | 0.00 | 0.00 |
| 14U | Franchise Tax Board | 7300-000 | N/A | 137.50 | 0.00 | 0.00 |
| 14U-2 | Franchise Tax Board | 7300-000 | N/A | 137.50 | 137.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Tom H. Connolly, | 7100-000 | N/A | 3,272,833.00 | 3,272,833.00 | 2,520,320.88 |
| 16 | Stratford Holding LLC | 7100-000 | N/A | 395,000.00 | 0.00 | 0.00 |
| 8-UNSEC | ROSEFF LLC & ESBROOKE LLC | 7100-000 | N/A | 1,287.63 | 1,287.63 | 1,287.63 |
| 9-UNSEC | ROSEFF TRUST AND ESBROOKE TRUST | 7100-000 | N/A | 25,943.25 | 25,943.25 | 25,943.25 |
| 10-UNSEC | GRANICKIN LLC | 7100-000 | N/A | 57,165.44 | 57,165.44 | 57,165.44 |
| NOTFILED | Santa Clara Water Division | 7100-000 | 424.83 | N/A | N/A | 0.00 |
| NOTFILED | Retail Solutions c/o Mayur A Shah | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosenberg Martin Greenberg LLP | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Dublin Crossroads c/o Shelter Bay Detail Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Asset Preservation LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | J&L Lawn Care | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Piedmont Properties c/o Jim Plyler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jayal Associates LP c/o First Winthrop Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Baytown - Health Dept | 7100-000 | 839.78 | N/A | N/A | 0.00 |
| NOTFILED | City of Puyallup | 7100-000 | 173.41 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services | 7100-000 | 324.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,170.65 | $108,762,162.67 | $3,357,366.82 | $2,604,717.20 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-13815-TBM  
**Case Name:** SBN FOG CAP II, LLC  

**Trustee:** (260020) M. Stephen Peters, Trustee  
**Filed (f) or Converted (c):** 04/21/17 (c)  
**§341(a) Meeting Date:** 05/24/17  

**Period Ending:** 11/20/18  

**Claims Bar Date:** 08/10/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Retail Building #B003 - 2213 S Caraway Road, Jon | Unknown | 0.00 | | 0.00 | FA |
| 2 | Retail Building #B005 - 3115 W Sunset Ave, Sprin | Unknown | 0.00 | | 0.00 | FA |
| 3 | Retail Building #B006 - 2926 E Main Street, Mesa | Unknown | 0.00 | | 0.00 | FA |
| 4 | Retail Building #B007- 2421 E Bell Road, Phoenix | Unknown | 0.00 | | 0.00 | FA |
| 5 | Retail Building #B014 -1692 E Sixth Street, Beau | Unknown | 0.00 | | 0.00 | FA |
| 6 | Retail Building #B016-18934 Soledad Canyon, Rd., | Unknown | 0.00 | | 0.00 | FA |
| 7 | Retail Building #B022 -1343 No Fair Oaks Blvd, P | Unknown | 0.00 | | 0.00 | FA |
| 8 | Retail Building #B023 - 291 E Baseline Rd, Rialt | Unknown | 0.00 | | 0.00 | FA |
| 9 | Retail Building #B025 -1499 W Arrow Hwy, San Dim | Unknown | 0.00 | | 0.00 | FA |
| 10 | Retail Building #B029 - 494 Los Angeles Ave, Sim | Unknown | 0.00 | | 0.00 | FA |
| 11 | Retail Building #B030 - 969 Waterloo Rd, Stockto | Unknown | 0.00 | | 0.00 | FA |
| 12 | Retail Building #B032 - 57085 29 Palms Hwy, Yucc | Unknown | 0.00 | | 0.00 | FA |
| 13 | Retail Building #B033 -16710 E Miff Ave, Aurora, | Unknown | 0.00 | | 0.00 | FA |
| 14 | Retail Building #B034 - 2950 N Garfield Ave, Lov | Unknown | 0.00 | | 0.00 | FA |
| 15 | Retail Building #B035 -1221 S. Pueblo Blvd, Pueb | Unknown | 0.00 | | 0.00 | FA |
| 16 | Retail Building #B036 - 50 NE 8th St, Homestead, | Unknown | 0.00 | | 0.00 | FA |
| 17 | Retail Building #B039 -1819 S Semoran Blvd, Orla | Unknown | 0.00 | | 0.00 | FA |
| 18 | Retail Building #B040 - 5328 North Davis Hwy, Pe | Unknown | 0.00 | | 0.00 | FA |
| 19 | Retail Building #B042 - 744 Bankhead Hwy, Carrol | Unknown | 0.00 | | 0.00 | FA |
| 20 | Retail Building #B054 - 4800 West Bank Expresswa | Unknown | 0.00 | | 0.00 | FA |
| 21 | Retail Building #B058 -7109 Martin Luther King J | Unknown | 0.00 | | 0.00 | FA |
| 22 | Retail Building #B059 -13610 Annapolis Rd, #3, B | Unknown | 0.00 | | 0.00 | FA |
| 23 | Retail Building #B060 - 6285 Oxon Hill Rd, Oxon | Unknown | 0.00 | | 0.00 | FA |
| 24 | Retail Building #B069 - 729 N E Rice Rd, Lee's S | Unknown | 0.00 | | 0.00 | FA |
| 25 | Retail Building #B071 -11095 New Halls Ferry Rd, | Unknown | 0.00 | | 0.00 | FA |
| 26 | Retail Building #B073 - 4625 4th Street NW, Albu | Unknown | 0.00 | | 0.00 | FA |
| 27 | Retail Building #B074 -2130 Juan Tabo Blvd, Albu | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-13815-TBM  **Trustee:** (260020) M. Stephen Peters, Trustee
**Case Name:** SBN FOG CAP II, LLC  **Filed (f) or Converted (c):** 04/21/17 (c)
  **§341(a) Meeting Date:** 05/24/17
**Period Ending:** 11/20/18  **Claims Bar Date:** 08/10/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 28 Retail Building #B075 - 4300 E Charleston Blvd, | Unknown | 0.00 | | 0.00 | FA |
| 29 Retail Building #B080 -2412 No 14th St, Ponca Ci | Unknown | 0.00 | | 0.00 | FA |
| 30 Retail Building #B081 - 702 N Perkins Rd, Stillw | Unknown | 0.00 | | 0.00 | FA |
| 31 Retail Building #B088 - 4026 Legbanon Pike, Herm | Unknown | 0.00 | | 0.00 | FA |
| 32 Retail Building #B091 -13748 Research Blvd, Aust | Unknown | 0.00 | | 0.00 | FA |
| 33 Retail Building #B092 -1310 Garth Rd, Baytown, T | Unknown | 0.00 | | 0.00 | FA |
| 34 Retail Building #B093 . 4494 Hwy 6th North, Bear | Unknown | 0.00 | | 0.00 | FA |
| 35 Retail Building #B095 -10968 Montwood Dr, El Pas | Unknown | 0.00 | | 0.00 | FA |
| 36 Retail Building #B096 - 421 No. Zaragosa Rd, El | Unknown | 0.00 | | 0.00 | FA |
| 37 Retail Building #B098 -1724 F.M. 1960 West, Hous | Unknown | 0.00 | | 0.00 | FA |
| 38 Retail Building #B107 - 491 Elden Street, Herndo | Unknown | 0.00 | | 0.00 | FA |
| 39 Retail Building #B108 -819 River Rd, Puyallup, W | Unknown | 0.00 | | 0.00 | FA |
| 40 Retail Building #B067 - 7927 No. Lindbergh Blvd, | Unknown | 0.00 | | 0.00 | FA |
| 41 SBN Fog Cap II Operating Account Account at Bank<br>   AMOUNT CONSUMED DURING CH. 11 PHASE OF CASE | 3,696.69 | 3,696.69 | | 0.00 | FA |
| 42 SBN Fog Cap II Tax Escrow Account Account at Wel<br>   AMOUNT CONSUMED DURING CH. 11 PHASE OF CASE | 97,266.04 | 97,266.04 | | 0.00 | FA |
| 43 Account at Bank of America - SBN FOG CAP Deposit<br>   AMOUNT CONSUMED DURING CH. 11 PHASE OF CASE | 493,117.45 | 493,117.45 | | 0.00 | FA |
| 44 Prepaid Rents<br>   AMOUNT CONSUMED DURING CH. 11 PHASE OF CASE | 87,817.87 | 87,817.87 | | 0.00 | FA |
| 45 A/R 90 days old or less. Face amount = $27,856.2<br>   AMOUNT COLLECTED AND CONSUMED DURING CH. 11 PHASE OF CASE | 25,362.98 | 25,362.98 | | 0.00 | FA |
| 46 PROCEEDS FROM CT APPROVED SALE OF LEASES<br>   REPRESENTS PROCEEDS LEFT OVER FROM | 2,901,706.90 | 2,901,706.90 | | 2,901,706.90 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 16-13815-TBM  
**Case Name:** SBN FOG CAP II, LLC  

**Trustee:**  (260020)  M. Stephen Peters, Trustee  
**Filed (f) or Converted (c):** 04/21/17 (c)  
**§341(a) Meeting Date:** 05/24/17  

**Period Ending:** 11/20/18  

**Claims Bar Date:** 08/10/17

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | PRE-CONVERSION SALE OF DEBTOR'S LEASEHOLD INTERESTS IN PROPERTIES INCLUDING THOSE IN #1-40 ABOVE PER ORDERS OF 10-14-16 DOCKETS 284 AND 285 |  |  |  |  |  |
| 47 | REFUND OF LEASE SEC DEP  (u) | 0.00 | 353.05 |  | 353.05 | FA |
| 47 | **Assets**  Totals (Excluding unknown values) | **$3,608,967.93** | **$3,609,320.98** |  | **$2,902,059.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

    05/14/18 waiting on claims objections and wrap up of case

**Initial Projected Date Of Final Report (TFR):**   April 1, 2018      **Current Projected Date Of Final Report (TFR):**   March 28, 2018  (Actual)

Printed: 11/20/2018 01:47 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-13815-TBM
**Case Name:** SBN FOG CAP II, LLC

**Taxpayer ID #:** **-***7810
**Period Ending:** 11/20/18

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** Rabobank, N.A.
**Account:** ******4766 - Checking Account
**Blanket Bond:** $48,104,231.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/01/17 | {46} | DEBTOR IN POSSESSION | DEBTOR IN POSSESSION PROCEEDS | 1129-000 | 2,901,706.90 | | 2,901,706.90 |
| 05/25/17 | {47} | REPUBLIC SERVICES | REFUND FROM LEASE SEC DEP | 1229-000 | 353.05 | | 2,902,059.95 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 2,899,183.24 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 2,896,306.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 2,893,525.71 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 2,890,361.33 |
| 09/22/17 | 101 | MARKUS WILLIAMS YOUNG & ZIMMERMAN, LLC | CH. 11 DIP ATTY FEES PER 9-21-17 ORDER, DOCKET #772 | 6210-000 | | 92,171.50 | 2,798,189.83 |
| 09/22/17 | 102 | MARKUS WILLIAMS YOUNG & ZIMMERMAN | CH. 11 DIP ATTY EXP PER 9-21-17 ORDER, DOCKET #772 | 6220-000 | | 2,938.08 | 2,795,251.75 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 2,792,470.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,068.49 | 2,789,402.44 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 2,786,525.73 |
| 12/08/17 | 103 | INTERNATIONAL SURETIES, LTD | 2017 BOND PAYMENT: BASED ON 9-30-17 ACCOUNT BALANCE | 2300-000 | | 837.77 | 2,785,687.96 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 2,782,907.14 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 2,779,742.76 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,684.93 | 2,777,057.83 |
| 03/16/18 | 104 | ROSEFF LLC & ESBROOKE LLC | ADMIN EX ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 6920-000 | | 3,290.51 | 2,773,767.32 |
| 03/16/18 | 105 | ROSEFF TRUST AND ESBROOKE TRUST | ADMIN EX ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 6920-000 | | 3,347.00 | 2,770,420.32 |
| 03/16/18 | 106 | GRANICKIN LLC | ADMIN EX ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 6920-000 | | 6,315.29 | 2,764,105.03 |
| 03/16/18 | 107 | LEXKIN LLC | ADMIN EX ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 6920-000 | | 2,650.88 | 2,761,454.15 |
| 03/16/18 | 108 | ROSEFF LLC & ESBROOKE LLC | UNSEC CLAIM ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 7100-000 | | 1,287.63 | 2,760,166.52 |
| 03/16/18 | 109 | ROSEFF TRUST AND ESBROOKE TRUST | UNSEC CLAIM ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 7100-000 | | 25,943.25 | 2,734,223.27 |
| 03/16/18 | 110 | GRANICKIN LLC | UNSEC CLAIM ALLOWED PER 3-9-18 ORDER, DOCKET # 834 | 7100-000 | | 57,165.44 | 2,677,057.83 |
| 03/28/18 | 111 | ARIZONA CORPORATIONS COMMISSION | TERMINATION OF BUS. FILING FEE Voided on 05/23/18 | 2990-004 | | 35.00 | 2,677,022.83 |
| 03/28/18 | 112 | OKLAHOMA SEC OF STATE | BUSINESS TERMATION FILING FEE | 2990-000 | | 100.00 | 2,676,922.83 |
| 04/10/18 | 113 | CALIFORNIA FRANCHISE TAX BOARD | "FEE" FOR 2018 FOR LICENSE TO DO BUS IN CA FTB 2018 FORM 3522. SOS 201414210440 | 2820-000 | | 800.00 | 2,676,122.83 |

Subtotals :    $2,902,059.95    $225,937.12

{} Asset reference(s)

Printed: 11/20/2018 01:47 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-13815-TBM
**Case Name:** SBN FOG CAP II, LLC

**Taxpayer ID #:** **-***7810
**Period Ending:** 11/20/18

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** Rabobank, N.A.
**Account:** ******4766 - Checking Account
**Blanket Bond:** $48,104,231.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/23/18 | 111 | ARIZONA CORPORATIONS COMMISSION | TERMINATION OF BUS. FILING FEE Voided: check issued on 03/28/18 | 2990-004 | | -35.00 | 2,676,157.83 |
| 07/12/18 | 114 | WADSWORTH, WARNER, CONRARDY, PC | ATTY EXPENSES PER 7-12-18 ORDER, DOCKET # 875 | 3220-000 | | 606.95 | 2,675,550.88 |
| 07/12/18 | 115 | WADSWORTH, WARNER, CONRARDY, PC | ATTY FEES PER 7-12-18 ORDER, DOCKET # 875 | 3210-000 | | 33,393.50 | 2,642,157.38 |
| 09/11/18 | 116 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $979.45, Trustee Expenses;  Reference: | 2200-000 | | 979.45 | 2,641,177.93 |
| 09/11/18 | 117 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $110,311.80, Trustee Compensation;  Reference: | 2100-000 | | 110,311.80 | 2,530,866.13 |
| 09/11/18 | 118 | United States Trustee | Dividend paid 100.00% on $6,825.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 6,825.00 | 2,524,041.13 |
| 09/11/18 | 119 | Ventura County Tax Collector | Dividend paid 100.00% on $3,719.23; Claim# 17 -2; Filed: $3,719.23; Reference: | 5800-000 | | 3,719.23 | 2,520,321.90 |
| 09/11/18 | 120 | Tom H. Connolly, | Dividend paid  77.00% on $3,272,833.00; Claim# 15; Filed: $3,272,833.00; Reference: | 7100-000 | | 2,520,320.88 | 1.02 |
| 09/11/18 | 121 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 5800-000 | | 1.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,902,059.95 | 2,902,059.95 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,902,059.95 | 2,902,059.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,902,059.95** | **$2,902,059.95** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4766** | 2,902,059.95 | 2,902,059.95 | 0.00 |
| | **$2,902,059.95** | **$2,902,059.95** | **$0.00** |

{} Asset reference(s)

Printed: 11/20/2018 01:47 PM    V.13.32